RAFAEL A. BUSCAGLIA, TESORERO DE PUERTO RICO, peticionario, *v.* TRIBUNAL DE APELACIÓN DE CONTRIBUCIONES, ETC., demandado.

Núm. 1535.—*Sometido:* Julio 30, 1943. *Resuelto:* Julio 31, 1943.

*Hon. Procurador General Interino M. Rodríguez Ramos, y M. Velázquez Flores, Procurador General Auxiliar,* abogados del peticionario.

EL JUEZ ASOCIADO SEÑOR TODD, JR., emitió la opinión del tribunal.

Nos negamos a expedir el auto de *certiorari* solicitado por el Tesorero de Puerto Rico en este caso por considerar que la cuestión envuelta en el mismo, es decir, si los cónyuges en Puerto Rico, con anterioridad al 1º de enero de 1940, venían obligados a radicar con el Tesorero una planilla conjunta, con los ingresos de ambos, marido y mujer, había quedado resuelta por nuestras decisiones en los casos de *Casals* v. *Sancho Bonet,* 53 D.P.R. 640, y *Ballester* v. *Tribunal de Apelación,* 61 D.P.R. 474, en sentido negativo de acuerdo con la sección 24(*b*) 1 de la Ley de Contribuciones sobre Ingresos de 1925 (pág. 401).

El peticionario ha solicitado reconsideración a nuestra negativa a expedir el auto, a base de que el caso de *Casals,* supra, debe ser revocado.

En el caso de *Ballester,* supra, hicimos un extenso estudio de la materia y expresamente al referirnos al caso de *Casals,* resolvimos que:

". . . Al hablar de 'ingreso separado' a la página 647 de dicho caso, esta Corte simplemente se refería al hecho de que la Legislatura había autorizado a la esposa para declarar la mitad del ingreso ganancial en una planilla separada. Ni esa disposición estatutaria ni la actual en cuanto a que debe rendirse una planilla conjunta *establecieron regla de propiedad alguna. Cada una de ellas constituía un método de declarar y calcular la contribución y ninguna de ellas aumentó o disminuyó los derechos de propiedad sustantivos de las partes respectivas. . . .*"

Ratificamos nuestra opinión de que la Legislatura de Puerto Rico tenía y tiene autoridad para exigir que los cónyuges presenten sus planillas de ingresos, bien conjunta o separadamente, y que el hacerlo en una u otra forma no establece regla de propiedad alguna.

*No ha lugar a la reconsideración solicitada.*

Los Jueces Presidente Sr. Del Toro y Asociado Sr. Travieso no intervinieron.